EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

July 25, 2017

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Re: Case No. 17-cv-02355
    Manachem Hahn v. American Express

Dear Judge Scanlon:

I represent Plaintiff Menachem Hahn in the above matter, which
is scheduled for an Initial Conference before you on August 8, 2017
at 12:00 PM.

I am pleased to report that the parties have reached a settlement.   As
a result, we are requesting that the Court issue a 60 day order to allow
the parties time to prepare and execute the settlement agreements, and
that the scheduled conference on August 8th be cancelled.

Thank you for your attention to this matter.


Very truly yours,

Edward B. Geller
EBG/pw