UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

MENACHEM HAHN,

          Plaintiff,                        Case No. 1:17-cv-02355

        -against-                     STIPULATION OF DISMISSAL

AMERICAN EXPRESS,                   WITH PREJUDICE

          Defendants.

-----------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MENACHEM HAHN ("Plaintiff") and Defendant AMERICAN EXPRESS ("Defendant") by and through their respective Counsel of record file this Stipulation of Dismissal with Prejudice on account of settlement and in support thereof state as follows:

1.    Because of disputes over liability and damages and because of the uncertainties of litigation, Plaintiff and Defendant have compromised and settled all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in the above captioned action, filed under case no. 17-cv-02355 and Plaintiff no longer wishes to pursue this action against Defendant.

2.    Each party entered into the settlement agreement voluntarily and

knowingly, and understands fully the meaning and effect of its executing said agreement. The parties agree that the terms of the settlement agreement are just and fair.

3. Defendant has asserted no counterclaim against Plaintiff.

4. The parties agree that this action should be dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated:  August 29, 2017

                                                                              Respectfully submitted,

Edward B. Geller, Esq., P.C.

By /s/Edward B. Geller, Esq.

15 Landing Way

Bronx, New York  10464

Tel: (914)473-6783

Attorney for Plaintiff

/s/John M. Lyons, Esq.

Shook, Hardy & Bacon L.L.P.

Two Commerce Square, 2001 Market Street, Ste. 3000

Philadelphia, PA  19103

Tel: (215)278-2555

Attorney for Defendant